# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## GALVESTON DIVISION

| | | |
|---|---|---|
| DISH NETWORK L.L.C., SLING TV L.L.C., and NAGRASTAR LLC, | § § § § | Case No. 3:21-cv-00218 |
| Plaintiffs, | § § | |
| v. | § § | |
| ALEJANDRO GALINDO, ANNA GALINDO, MARTHA GALINDO, and OSVALDO GALINDO, individually and collectively d/b/a NITRO TV, | § § § § § § | |
| Defendants. | § § | |

## PLAINTIFFS' APPLICATION FOR CLERK'S ENTRY OF DEFAULT AGAINST DEFENDANTS ALEJANDRO AND ANNA GALINDO

Pursuant to Federal Rule of Civil Procedure 55(a), Plaintiffs DISH Network L.L.C., Sling TV L.L.C., and NagraStar LLC respectfully request that the Clerk enter default against Defendants Alejandro Galindo and Anna Galindo and in support state:

1. Defendant Alejandro Galindo was properly served with a copy of Plaintiffs' complaint and summons on October 27, 2021. (Dkt. 9.) Service of process was proper under Fed. R. Civ. P. 4(e)(2)(A).

2. Defendant Anna Galindo was properly served with a copy of Plaintiffs' complaint and summons on October 27, 2021. (Dkt. 9.) Service of process was proper under Fed. R. Civ. P. 4(e)(2)(B).

1

3. Alejandro and Anna were required to file responsive pleadings within 21 days of being served, which was on November 17, 2021. *See* Fed. R. Civ. P. 12(a)(1)(A)(i). To date, neither Alejandro nor Anna have filed an answer or other responsive pleading, nor have they requested additional time to do so. (Declaration of Maleeah Williams ¶ 3.)

Accordingly, the Clerk should enter default against Defendants Alejandro and Anna Galindo.

Dated: November 18, 2021.                    Respectfully submitted,

**HAGAN NOLL & BOYLE LLC**

s/ Maleeah M. Williams with permission
Maleeah M. Williams (of counsel)
Texas Bar #24121889
S.D. Tex. Bar #3644890
maleeah.williams@hnbllc.com

Timothy M. Frank (attorney-in-charge)
Texas Bar #24050624
S.D. Tex. Bar #614705
Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
Telephone: (713) 343-0478
Facsimile: (713) 758-0146
timothy.frank@hnbllc.com

Attorneys for Plaintiffs DISH Network L.L.C., Sling TV L.L.C., and NagraStar LLC

## CERTIFICATE OF SERVICE

    I certify that on November 18, 2021, Plaintiffs' Application for Clerk's Entry of Default Against Defendants Alejandro and Anna Galindo and Declaration of Maleeah Williams were served by mail on Defendants pursuant to Local Rule 5.3, at the following addresses which are Defendants' last known residences:

Alejandro Galindo and Anna Galindo
311 Scenic View
Friendswood, Texas 77546

Osvaldo Galindo
3110 Colony Drive
Dickinson, Texas 77539

Martha Galindo
4810 Alamo Drive
Galveston, Texas 77551

                                                        s/ Maleeah M. Williams with permission
                                                        Maleeah M. Williams (of counsel)

                                                        Attorney for Plaintiffs DISH Network L.L.C.,
                                                        Sling TV L.L.C., and NagraStar LLC