UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| DISH NETWORK L.L.C., SLING TV L.L.C., and NAGRASTAR LLC,<br><br>Plaintiffs,<br><br>v.<br><br>ALEJANDRO GALINDO, ANNA GALINDO, MARTHA GALINDO, and OSVALDO GALINDO, individually and collectively d/b/a NITRO TV,<br><br>Defendants. | Case No. 3:21-cv-00218 |

## DECLARATION OF MALEEAH WILLIAMS

I, Maleeah Williams, of Houston, Texas, declare as follows:

1. I am an associate attorney with the law firm Hagan Noll & Boyle LLC and represent Plaintiffs DISH Network L.L.C., Sling TV L.L.C., and NagraStar LLC in this case. The statements made in this declaration are based on my personal knowledge and, if called on to testify, I would testify competently as stated herein.

2. Defendants Alejandro Galindo and Anna Galindo were properly served with a copy of Plaintiffs complaint and respective summonses on October 27, 2021. (Dkt. 9.)

3. To date, neither Alejandro nor Anna have filed an answer or other responsive pleading, nor have they requested additional time to do so.

I declare under penalty of perjury that the foregoing is true and correct. Executed on November 18, 2021.

Maleeah M. Williams