United States District Court
Southern District of Texas
**ENTERED**
June 09, 2022
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION**

| | | |
|---|---|---|
| DISH NETWORK L.L.C., *et al.* | § § § | |
| *Plaintiffs*, | § | |
| VS. | § | CIVIL ACTION NO. 3:21-cv-218 |
| | § | |
| ALEJANDRO GALINDO, *et al.* | § § | |
| *Defendants*. | § | |

## **ORDER**

Before the court is the plaintiffs' motion for default judgment. Dkt. 18. The defendants have failed to appear in this case, now having been filed for almost ten months. *See* Dkt. 1. Pursuant to Federal Rule of Civil Procedure 55(b)(2), the court renders judgment for the plaintiffs. It is therefore,

**Ordered** that the motion for default judgment is granted. Dkt. 18.

**It is further ordered** that the defendants are liable on Counts I-III of the plaintiffs' complaint alleging violations of 47 U.S.C. §§ 605(a); 605(e)(4), and 17 U.S.C. § 1201(a)(1)(A).

**It is further ordered** that the plaintiffs DISH and NagraStar are awarded $100,363,000 in statutory damages against defendants, jointly and severally, for defendants' violations of section 605(e)(4).

**It is further ordered** that the defendants are permanently enjoined

from (1) receiving or assisting others in receiving DISH's satellite communications or the content of such communications without authorization from DISH, including through the Nitro TV service or any similar internet streaming service; (2) selling or distributing any device or equipment that is intended for receiving or assisting others in receiving DISH's satellite communications of television programming or the content of such communications, including codes or credits used to access the Nitro TV service or any similar internet streaming service; (3) circumventing a DRM or any other technological protection measure that controls access to Sling's programming, including through the use of Sling subscription accounts to provide Sling programming for the Nitro TV service or any similar internet streaming service.

      Signed on Galveston Island this 9th day of June, 2022.

                                            _____
                                            JEFFREY VINCENT BROWN
                                            UNITED STATES DISTRICT JUDGE