| | | |
|---|---|---|
| DISH NETWORK L.L.C., SLING TV L.L.C., and NAGRASTAR LLC, | § § § § § § | Case No. 3:21-cv-00218 |
| Plaintiffs, | § § | |
| v. | § § § | |
| CAPITAL ONE BANK, N.A. | § § § | |
| Garnishee, v. | § § § § | |
| ALEJANDRO GALINDO, ANNA GALINDO, MARTHA GALINDO, and OSVALDO GALINDO, individually and collectively d/b/a NITRO TV, | § § § § § § § | |
| Defendants. | § § | |

## JOINT MOTION FOR DISMISSAL OF GARNISHEE, CAPITAL ONE N.A.

Plaintiffs DISH Network L.L.C. and NagraStar LLC ("Plaintiffs"), together with

Garnishee, Capital One N.A. ("Capital One") hereby file this Joint Motion for Dismissal

pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and stipulate as follows.

1.      On August 3, 2022, the Clerk of Court issued a Writ of Garnishment to

Capital One.

2.      Capital One filed its answer to writ of garnishment on September 9, 2022,

stating that it was unable to locate any open accounts belonging to Defendants.

3.      Plaintiffs therefore no longer wish to pursue any causes of action against

Capital One and, together with Capital One, respectfully request that the Court dismiss all

causes of action asserted against Capital One without prejudice, order all attorney's fees

and costs to be taxed against the party incurring them, and enter the attached Order of

Dismissal.

Respectfully submitted,

**HAGAN NOLL & BOYLE LLC**

s/ Maleeah M. Williams with permission
Maleeah M. Williams (of counsel)
Texas Bar #24121889
S.D. Tex. Bar #3644890
maleeah.williams@hnbllc.com

Timothy M. Frank (attorney-in-charge)
Texas Bar #24050624
S.D. Tex. Bar #614705
Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
Telephone: (713) 343-0478
Facsimile: (713) 758-0146
timothy.frank@hnbllc.com


*Attorneys for Plaintiffs*

**BELL NUNNALLY & MARTIN LLP**

 s/ David A. Walton
David A. Walton
Texas Bar No. 24042120
dwalton@bellnunnally.com
2323 Ross Avenue, Suite 1900
Dallas, Texas 75201
Tel: (214) 740-1445
Fax: (214) 740-5745

 *Attorney for Garnishee,*
*Capital One, N.A.*