# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### GALVESTON DIVISION

| | | |
|---|---|---|
| DISH NETWORK L.L.C., *et. al.*, | § § § | |
| *Plaintiffs*, | § | |
| VS. | § | NO. 3:21-cv-218 |
| | § | |
| ALEJANDRO GALINDO, *et al.*, | § § | |
| *Defendants*. | § | |

## ORDER

Before the court is the defendants' motion to reconsider, Dkt. 60, the court's order granting the plaintiffs' motion to proceed in satisfaction of their judgment by foreclosing on the defendants' property, Dkt. 53. The plaintiffs have responded. Dkt. 61.

Having considered the pleadings and applicable law, the court finds no basis to alter or amend its prior judgment. The court therefore **DENIES** the plaintiffs' motion for reconsideration.

Signed on Galveston Island this 23rd day of February, 2023.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE