United States Courts
Southern District of Texas
FILED
June 23, 2023
Nathan Ochsner, Clerk of Court

# United States Court of Appeals
# for the Fifth Circuit

No. 22-40837

A True Copy
Certified order issued Jun 23, 2023

Lyle W. Cayce
Clerk, U.S. Court of Appeals, Fifth Circuit

DISH NETWORK, L.L.C.; NAGRASTAR L.L.C.; SLING TV L.L.C.,

*Plaintiffs—Appellees,*

versus

ALEJANDRO GALINDO, *Individually and* COLLECTIVELY *doing business as* NITRO TV; ANNA GALINDO, *Individually and* COLLECTIVELY *doing business as* NITRO TV; MARTHA GALINDO, *Individually and* COLLECTIVELY *doing business as* NITRO TV; OSVALDO GALINDO, *Individually and* COLLECTIVELY *doing business as* NITRO TV,

*Defendants—Appellants.*

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 3:21-CV-218

CLERK'S OFFICE:

Under FED. R. APP. P. 42(B), the appeal is dismissed as of June 23, 2023, pursuant to Appellants' unopposed corrected motion.

No. 22-40837

Lyle W. Cayce
Clerk of the United States Court
of Appeals for the Fifth Circuit

By: _*Dantrell Johnson*_____
  Dantrell L. Johnson, *Deputy Clerk*

ENTERED AT THE DIRECTION OF THE COURT

# *United States Court of Appeals*
FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

June 23, 2023

Mr. Nathan Ochsner
Southern District of Texas, Galveston
United States District Court
601 Rosenberg Street
Room 411
Galveston, TX 77550-0000

      No. 22-40837    Dish Network v. Galindo
                             USDC No. 3:21-CV-218

Dear Mr. Ochsner,

Enclosed is a copy of the judgment issued as the mandate.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Dantrell L. Johnson, Deputy Clerk
504-310-7689

cc w/encl:
    Ms. Susan J. Clouthier
    Mr. Timothy Frank